UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROL M. KAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:18-CV-0378-G (BK) |
| DALLAS COUNTY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

Plaintiff's amended complaint (docket entry 34) is **STRICKEN** from the docket, Dallas County's motion to dismiss (docket entry 29) is **GRANTED**, and the State of Texas' motion to dismiss (docket entry 24) is **TERMINATED AS MOOT**.

**SO ORDERED**.

June 12, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**